Exhibit

B

THE UNITED STATES DISTRICT COURT
THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PIT STOP TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| | ) | 3:02CV64 (AVC) |
| v. | ) | |
| | ) | |
| PLAS-PAK INDUSTRIES, INC. | ) | |
| | ) | DECEMBER 24, 2003 |
| Defendant | ) | |

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

TO:  Louis Gunsburg
     Pit Stop Technologies, Inc.
     7100 W. 16th Avenue
     Lakewood, CO. 80215

Let this serve to notify you that pursuant to section 7(e) of the Local Civil Rules for the United States District Court, District of Connecticut:

1. The undersigned is filing motions which seek the Court's permission to allow David Burke and Diane Bucci of Robinson & Cole, LLP, 695 East Main Street, Stamford, CT 06904 to withdraw from representing you in the above-captioned case. A copy of the motions are attached hereto for your files.

2. You are entitled to be heard on these motions. You may either obtain another attorney or file an appearance on your own behalf with the court.

3. If the motions to withdraw are granted, you should either obtain another attorney or file an appearance on your own behalf with the court.

4. If you do not either obtain a new attorney or file an appearance on your

STAM1-748967-1

own behalf with the Court, you will not receive notice of court proceedings in the case and a nonsuit or default judgment may be rendered against you.

PLAINTIFF
PIT STOP TECHNOLOGIES, INC.

By: /s/ Diane Bucci
David J. Burke (CT04373)
Diane Bucci (CT23763)
**ROBINSON & COLE LLP**
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
(203) 462-7500