THE UNITED STATES DISTRICT COURT
THE DISTRICT OF CONNECTICUT

FILED

PIT STOP TECHNOLOGIES, INC. )
                            )
           Plaintiff        )      CIVIL ACTION NO.
                            )      3:02CV64 (AVC)
v.                          )
                            )
PLAS-PAK INDUSTRIES, INC.   )
                            )      DECEMBER 24, 2003
           Defendant        )

2003 DEC 29 P 2: 2⸱

U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION TO WITHDRAW APPEARANCE

Pursuant to the Local Rules of Civil Procedure for this United States District Court, David J. Burke of Robinson & Cole LLP requests leave to withdraw his Appearance filed on behalf of Plaintiff Pit Stop Technologies, Inc. in this action.   In support of this motion, the undersigned states as follows:

1.     This withdrawal is sought because the plaintiff has not paid the legal fees incurred with respect to this matter since the onset of same.   The retainer agreement executed between the firm and the plaintiff, a copy of which is attached as Exhibit A, informs the plaintiff of its responsibility to pay all invoices on a timely basis.

2.     Furthermore, Robinson & Cole LLP does not believe that the plaintiff will be able to pay any future legal fees incurred in this litigation.

3.     The plaintiff has represented that it does not intend to oppose this motion.

4.     The required notice to the plaintiff, which in compliance with Local Rule § 7(e), is attached hereto as Exhibit B.

STAM1-748972-1

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

5.    This matter is not scheduled for trial.

WHEREFORE, the undersigned counsel respectfully requests that this Motion to

Withdraw Appearance be granted.


                                    **PLAINTIFF**
                                    PIT STOP TECHNOLOGIES, INC.

                        By: _____
                                    David J. Burke (CT04373)
                                    Diane Bucci (CT23763)
                                    **ROBINSON & COLE LLP**
                                    Financial Centre
                                    695 East Main Street
                                    P.O. Box 10305
                                    Stamford, CT 06904-2305
                                    (203) 462-7500

## CERTIFICATE OF SERVICE

This is to certify that a copy of the motion and notice thereof were served via

certified mail on Mr. Louis Gunsberg, Pit Stop Technologies, Inc. 7100 W. !6th Avenue,

Lakewood, CO 80215 on this 24th day of December, 2003, and copies were served via

facsimile and by first-class mail, postage prepaid, to the following counsel of record.

Peter L. Costas, Esq.
Pepe & Hazard LLP
225 Asylum Street
Hartford, CT 06103

Philip J. O'Conner
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT  06106

David J. Burke