THE UNITED STATES DISTRICT COURT
THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PIT STOP TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| | ) | 3:02CV64 (AVC) |
| v. | ) | |
| | ) | |
| PLAS-PAK INDUSTRIES, INC. | ) | |
| | ) | DECEMBER 31, 2003 |
| Defendant | ) | |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

TO:  Louis Gunsburg
     Pit Stop Technologies, Inc.
     7100 W. 16th Avenue
     Lakewood, CO. 80215

Let this serve to notify you that pursuant to section 7(e) of the Local Civil Rules for the United States District Court, District of Connecticut:

1. The undersigned is filing motions which seek the Court's permission to allow Joseph Carey of Robinson & Cole, LLP, 695 East Main Street, Stamford, CT 06904 to withdraw from representing you in the above-captioned case. A copy of the motion is attached hereto for your files.

2. You are entitled to be heard on this motion. You may either obtain another attorney or file an appearance on your own behalf with the court.

3. If the motion to withdraw is granted, you should either obtain another attorney or file an appearance on your own behalf with the court.

4. If you do not either obtain a new attorney or file an appearance on your

own behalf with the Court, you will not receive notice of court proceedings in the case and a nonsuit or default judgment may be rendered against you.

                **PLAINTIFF**
                PIT STOP TECHNOLOGIES, INC.

By:_____
    Joseph Carey (CT22969)
    Diane Bucci (CT23763)
    **ROBINSON & COLE LLP**
    Financial Centre
    695 East Main Street
    P.O. Box 10305
    Stamford, CT 06904-2305
    (203) 462-7500

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was served via certified mail on Mr. Louis Gunsberg, Pit Stop Technologies, Inc., 7100 W. 16th Avenue, Lakewood, CO 80215 on this 31st day of December, 2003, and a copy was served via facsimile and by first-class mail, postage prepaid, to the following counsel of record.

Peter L. Costas, Esq.
Pepe & Hazard LLP
225 Asylum Street
Hartford, CT 06103

Philip J. O'Conner
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT  06106

_____
Diane Bucci