THE UNITED STATES DISTRICT COURT
THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PIT STOP TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| | ) | 3:02CV64 (AVC) |
| v. | ) | |
| | ) | |
| PLAS-PAK INDUSTRIES, INC. | ) | |
| | ) | DECEMBER 31, 2003 |
| Defendant | ) | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to the Local Rules of Civil Procedure for this United States District Court, Joseph Carey of Robinson & Cole LLP requests leave to withdraw his Appearance filed on behalf of Plaintiff Pit Stop Technologies, Inc. in this action. In support of this motion, the undersigned states as follows:

1. This withdrawal is sought because the plaintiff has not paid the legal fees incurred with respect to this matter since the onset of same. The retainer agreement executed between the firm and the plaintiff, a copy of which is attached as Exhibit A, informs the plaintiff of its responsibility to pay all invoices on a timely basis.

2. Furthermore, Robinson & Cole LLP does not believe that the plaintiff will be able to pay any future legal fees incurred in this litigation.

3. The plaintiff has represented that it does not intend to oppose this motion.

4. The required notice to the plaintiff, which in compliance with Local Rule § 7(e), is attached hereto as Exhibit B.

STAM1-749043-1