THE UNITED STATES DISTRICT COURT
THE DISTRICT OF CONNECTICUT

FILED
2003 DEC 29 P 2: 2
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| PIT STOP TECHNOLOGIES, INC.  Plaintiff | CIVIL ACTION NO. 3:02CV64 (AVC) |
| v. | |
| PLAS-PAK INDUSTRIES, INC.  Defendant | DECEMBER 24, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to the Local Rules of Civil Procedure for this United States District Court, Diane Bucci of Robinson & Cole LLP requests leave to withdraw her Appearance filed on behalf of Plaintiff Pit Stop Technologies, Inc. ("Pit Stop") in this action. In support of this motion, the undersigned states as follows:

1. Pit Stop has not rendered payment for the legal services rendered to it in this matter since the onset of this litigation. The retainer agreement executed between the firm and the plaintiff, a copy of which is attached as Exhibit A, informs the plaintiff of its responsibility to pay all invoices on a timely basis.

2. Furthermore, Robinson & Cole LLP does not believe that Pit Stop will be able to pay any future legal fees incurred in this litigation.

3. Pit Stop has represented that it does not intend to oppose this motion.

4. Pit Stop has been notified of this motion in compliance with Local Rule § 7(e). A copy of the notice to Pit Stop is attached as Exhibit B.

STAM1-748205-1

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

*[Margin annotation: January 14, 2004. SO ORDERED. GRANTED. Alfred V. Covello, U.S.D.J.]*