UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PIT STOP TECHNOLOGIES, INC. | ) |
| Plaintiff | ) ) ) |
| | ) Civil Action No. 3:02CV64 |
| v. | ) (AVC) |
| | ) |
| PLAS-PAK INDUSTRIES, INC. | ) |
| | ) JANUARY 21, 2004 |
| Defendant | ) ) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to the Local Rules of Civil Procedure for this United States District Court, Michael A. Fusco, formerly an associate in the firm of Pepe & Hazard LLP, requests leave to withdraw his Appearance filed on behalf of Defendant Plas-Pak Industries, Inc., in this action since he is no longer associated with the firm of Pepe & Hazard LLP, attorneys for Defendant.

The firm of Pepe & Hazard LLP will continue to represent the Defendant.

_____
Michael A. Fusco ct21399
5 Forest Glen Circle
Middletown, CT 06457

SO ORDERED:

_____   _____
Date                      UNITED STATES DISTRICT JUDGE

1

PLC/28596/651/662439v1
01/21/04-HRT/

## CERTIFICATION

I hereby certify a copy of the foregoing was served by first class mail, postage prepaid, on this 21st day of January, 2004 to the following:

Mr. Louis Gunsberg  
Pit Stop Technologies, Inc.  
7100 West 16th Avenue  
Lakewood, CO 80215

Peter L. Costas  
Pepe & Hazard LLP  
225 Asylum Street  
Hartford, CT  06103

Philip J. O'Connor, Esquire  
Gordon Muir & Foley  
10 Columbus Boulevard  
Hartford, CT  06106  
Telephone: 860 525-5361

_____  
Michael A. Fusco