# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

PIT STOP TECHNOLOGIES, INC.
      Plaintiff

v.

PLAS-PAK INDUSTRIES, INC.
      Defendant

**APPEARANCE**

CASE NUMBER: 3:02CV64 (AVC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    Defendant, Plas-Pak Industries, Inc.

January 27, 2004
**Date**

ct14646
**Connecticut Federal Bar Number**

(860) 241-2651
**Telephone Number**

(860) 522-2796
**Fax Number**

josowiecki@pepehazard.com
**E-mail address**

*[Signature]*
**Signature**

Jennifer A. Osowiecki
**Print Clearly or Type Name**

Pepe & Hazard LLP
225 Asylum Street
**Address**

Hartford CT 06103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Mr. Louis Gunsberg
Pit Stop Technologies, Inc.
7100 West 16th Avenue
Lakewood CO 80215

Philip J. O'Connor
Gordon Muir & Foley
10 Columbus Boulevard
Hartford CT 06106

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001