# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*FILED*

| | | |
|---|---|---|
| PIT STOP TECHNOLOGIES, INC. | ) | 2004 JAN 26 P 2: 37 |
| Plaintiff | ) | |
| | ) | U.S. DISTRICT COURT |
| v. | ) | HARTFORD, CT. |
| | ) | Civil Action No. 3:02CV64 |
| | ) | (AVC) |
| PLAS-PAK INDUSTRIES, INC. | ) | |
| | ) | JANUARY 21, 2004 |
| Defendant | ) | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to the Local Rules of Civil Procedure for this United States District Court, Michael A. Fusco, formerly an associate in the firm of Pepe & Hazard LLP, requests leave to withdraw his Appearance filed on behalf of Defendant Plas-Pak Industries, Inc., in this action since he is no longer associated with the firm of Pepe & Hazard LLP, attorneys for Defendant.

The firm of Pepe & Hazard LLP will continue to represent the Defendant.

Michael A. Fusco ct21399
5 Forest Glen Circle
Middletown, CT  06457

SO ORDERED:

_____
Date

UNITED STATES DISTRICT JUDGE

February 2, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

1

PLC/28596/651/662439v1
01/21/04-HRT/