UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PIT STOP TECHNOLOGIES, INC., :
  Plaintiff, :
  :
v. : Civil No. 3:02CV0064 (AVC)
  :
PLAS-PAK INDUSTRIES, INC., :
  Defendant. :

### ORDER

This is an action for damages brought pursuant to the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a, and common law tenets concerning negligence, breach of contract, breach of an express warranty, breach of the implied warranty of merchantability, breach of the implied warranty of fitness for a particular purpose, and breach of the covenant of good faith and fair dealing. On January 14, 2004, this court granted the plaintiff's counsels' motion to withdraw as attorneys for the plaintiff. Consequently, the plaintiff, a corporation, is without counsel. "A corporation may appear in federal court only through licensed counsel." United States v. High Country Broadcasting, Co., 3 F.3d 1244, 1245 (9th Cir. 1993); see also Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."). Therefore, it is hereby ORDERED that the plaintiff obtain counsel within 60 days. Failure to obtain counsel shall result in dismissal of the complaint. See Fed R. Civ. P. 41; High Country Broadcasting,

Co., 3 F.3d at 1245.

It is so ordered this 2ND day of February, 2004, at Hartford, Connecticut.

>Alfred V. Covello
>United States District Judge