UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PIT STOP TECHNOLOGIES, INC.

      V.                          CASE NO. 3:02CV00064(AVC)

PLAS-PAK INDUSTRIES, INC.

## JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The Court, having issued an Order on February 2, 2004 requiring the plaintiff to obtain counsel within 60 days and further indicating that plaintiff's failure to do so would result in dismissal of the complaint; and

The plaintiff, having failed to comply with the Court's February 2, 2004 order; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiff's complaint.

Dated at Hartford, Connecticut, this 12th day of April, 2004.

                                                KEVIN F. ROWE, Clerk

                                        By:    /s/ JW
                                                Jo-Ann Walker
                                                Deputy Clerk

EOD: _____